# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  ABEL, MARK R. | 2. Court or Organization  U.S. Dist. Ct., S.D. Ohio | 3. Date of Report  11/03/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full-time U.S.M.J. serving on recall | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2013  to  12/31/2013 |

**7. Chambers or Office Address**

218 U.S. Courthouse
85 Marconi Blvd.
Columbus, OH 43215

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ABEL, MARK R. | 11/03/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ABEL, MARK R. | 11/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank, fka National City Bank, Cols., OH Checking Acct. | A | Interest | L | T | | | | | |
| 2. PNC Bank, fka National City Bank, Cols. OH, IRA Sav. Acct. | A | Interest | J | T | | | | | |
| 3. Ivesco, Kansas City, MO, fkaAIM Blue Chip Fund, Houston, TX, | A | Div. | J | T | | | | | |
| 4. Keybank Nat'l Assn, Cleveland, OH, CD | A | Interest | J | T | | | | | |
| 5. Keybank Nat'l Assn. Cleveland, OH, CD | A | Interest | J | T | | | | | |
| 6. PNC Bank, fka National City Bank, Cols, OH . | A | Interest | L | T | | | | | |
| 7. Valic, Fixed Accout Plus, Houston, TX (ERISA) | D | Int./Div. | N | T | | | | | |
| 8. USBank, St. Louis, MO, | A | Interest | K | T | | | | | |
| 9. First City Bank, Cols. OH Sav. Acct. | A | Interest | J | T | | | | | |
| 10. First City Bank, Cols. OH | A | Interest | K | T | | | | | |
| 11. Prudential Ins. Co., Philadelphi, PA | A | Interest | J | T | | | | | |
| 12. Socially Responsible Fund | | None | J | T | | | | | |
| 13. SunAmerica Stock Index Fund | | None | J | T | | | | | |
| 14. Vanguard Windsor II | | None | J | T | | | | | |
| 15. Ariel Appreciation Fund | | None | J | T | | | | | |
| 16. SunAmerica Mid Cap Index Fund | | None | J | T | | | | | |
| 17. Wells Cap/Dreman Small Cap Special Value Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ABEL, MARK R. | 11/03/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wellington/Robeco/Tocqueville Mid Cap Valule Fund | None | J | T | | | | | | |
| 19. JP Morgan/Met West Small Cap Value Fund | None | J | T | | | | | | |
| 20. JP Morgan Emerging Economies Fund | None | J | T | | | | | | |
| 21. Franklin Templeton Foreign Value Fund | None | J | T | | | | | | |
| 22. Franklin Templeton Global Strategy Fund | None | J | T | | | | | | |
| 23. PineBridge International Equities Fund | None | J | T | | | | | | |
| 24. USB Global Asset Management/MFS International Opportunities | None | J | T | | | | | | |
| 25. Invesco/Goldman Sax Global Real Estate Fund | None | J | T | | | | | | |
| 26. T. Rowe Price Health Sciences Fund | None | J | T | | | | | | |
| 27. T Rowe Price/RCM/Bridgeway Science & Technology Fund | None | J | T | | | | | | |
| 28. BlackRock Core Eqity Fund | None | J | T | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ABEL, MARK R. | 11/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This amended financial disclosure report is filed in response to the Committee on Financial Disclosure's September 10, 2014 letter to me. The letter asked for additional information on the entries in Part VII, page 4, lines 7 and 11. Each is addressed below.

Part VII, p. 4, line 7:      retirement account is with VALIC. Line 7 was amended to reflect her investment in the VALIC Fixed Account Plus Fund. Lines 12 through 28 report other funds in her VALIC account that had a value of more than $1,000 at the end of the reporting period.

Part VII, p. 4, line 11: I am not sure whether this is reportable. For the first time since 1973,      received a communication from Prudential about "accumulated dividends" in an amount just under $30. The communication does not identify the asset producing the dividend, but does include a policy number. The dividend Prudential reported to the IRS in 2013 was just over $30.      believes that the policy referred to may be a $1,000 policy     

| Name of Person Reporting | Date of Report |
|---|---|
| ABEL, MARK R. | 11/03/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK R. ABEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544